**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIBI EDIMAR MARTINEZ ALVARADO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | **No. 3:26-CV-01566-LS** |
| **v.** | § | |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| ***Respondent*.** | § | |

**ORDER DISMISSING CASE**

Petitioner Maribi Edimar Martinez Alvarado filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her detention by Immigration and Customs Enforcement ("ICE").[1]

"[W]hen an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days."[2] The Supreme Court holds, however, that detention for up to six months to effect the deportation is presumptively reasonable.[3] "After this six-month period, once the alien provides good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing."[4] An immigration judge ordered Petitioner removed on March 12, 2026, and she did not appeal, meaning that her order of removal became final on April 11, 2026.[5] Thus, she

---

[1] ECF No. 2.
[2] 8 U.S.C. § 1231(a)(1)(A).
[3] *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).
[4] *Id*.
[5] *Automated Case Information*, Executive Office of Immigration Review, https://acis.eoir.justice.gov/en/ (last visited July 31, 2026); 8 C.F.R. § 1241.1(c).

is still within the six-month period where the Supreme Court held that detention was presumptively reasonable.

For the foregoing reasons, Petitioner's habeas petition is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**